162 So. 923

### Hackworth JAMES v. STATE.
6 Div. 783.

Court of Appeals of Alabama.
April 30, 1935.

Rehearing Denied June 28, 1935.

V. W. Elmore, of Gordo, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

155 So. 920

### Cleveland JARNIGAN v. STATE.
8 Div. 889.

Court of Appeals of Alabama.
March 6, 1934.

Rehearing Denied June 5, 1934.

RICE, Judge.

Affirmed.

159 So. 917

### Raymond JEFFERIES, alias Jeffries, v. STATE.
8 Div. 123.

Court of Appeals of Alabama.
Feb. 5, 1935.

RICE, Judge.

Affirmed.

155 So. 921

### JEFFERSON COUNTY v. H. G. BRASHER.
6 Div. 653.

Court of Appeals of Alabama.
June 27, 1934.

Jelks Cabaniss, of Birmingham, for appellant.

Ernest Matthews, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

155 So. 921

### JEFFERSON COUNTY v. B. W. KING.
6 Div. 654.

Court of Appeals of Alabama.
June 27, 1934.

Jelks Cabaniss, of Birmingham, for appellant.

Ernest Matthews, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.